ROBERT W. CONTI, Bar No. 137307
rconti@littler.com
CHARLES CANNIZZARO, Bar No. 280895
ccannizzaro@littler.com
ASHLEY D. STEIN, Bar No. 305094
adstein@littler.com
LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for Defendant
STARBUCKS CORPORATION D/B/A
STARBUCKS COFFEE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case No. CV 19-6583-GW-SKx |
| Plaintiff, | **JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v | |
| **Starbucks Corporation**, a Washington Corporation; and Does 1-10, | |
| Defendants. | |

1    The Motion for Summary Judgment ("Motion") of Defendant STARBUCKS
2    CORPORATION D/B/A STARBUCKS COFFEE COMPANY ("Defendant") came
3    on for hearing on April 23, 2020, the Honorable George H. Wu, presiding.

4    The Court, having considered the evidence proffered in support of and in
5    opposition to Defendants' Motion, having read and considered the supporting,
6    opposition, and reply points and authorities, and good cause appearing therefore,

7    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
8    Defendant's Motion for Summary Judgment is **GRANTED** and **JUDGMENT** is
9    hereby entered in favor of Defendant on all claims asserted by Plaintiff as follows:

10   Plaintiff's claim for violation of the ADA as to dining tables is moot, and thus
11   this Court lacks subject matter jurisdiction over this claim.

12   **IT IS SO ORDERED.**

13   DATED: April 29, 2020

15   _____
16   HON. GEORGE H. WU
     U.S. DISTRICT JUDGE

17   4836-1705-8490.1 104108.1007